IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WALI WOODARD,

      Plaintiff,                                                 Case No. 3:14-cv-339

      vs.

COMMISSIONER OF                                   District Judge Thomas M. Rose
SOCIAL SECURITY,                               Magistrate Judge Michael J. Newman

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #8), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on April 23, 2015 (Doc. #8) is **ADOPTED** in full;

2. This case is **DISMISSED** for Plaintiff's failure to prosecute; and

3. This case is **TERMINATED** on the docket of this Court.

Date: May 12, 2015                                                                        *s/Thomas M. Rose

                                                                                      THOMAS M. ROSE
                                                          UNITED STATES DISTRICT JUDGE